UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ORDER ESTABLISHING TRIAL DOCKET FOR THE PERIOD OF:
FEBRUARY 27, 2024 – MARCH 26, 2024
BEFORE THE HONORABLE TERRENCE G. BERG**

Listed below are the cases on this Court's trial docket for the period of February 27, 2024 through March 26, 2024. Counsel should be prepared to begin trial any time on **48 hours' notice** during this date range. It is counsel's responsibility in all cases after they have been so notified to contact my Case Manager, Michael Lang, at (313) 234-2644, to ascertain the status of the trial docket. Unless otherwise notified, this Court conducts trial 9:00 a.m. – 3:00 p.m..

1. 22-20233      USA v. Pickett, et al
2. 20-12918      Jackson v. Aloe
3. 21-10384      Richardson v. City of Detroit, et al
4. 19-12909      Schankin v. Commercial Steel Treating Corporation, et al

DATED this 28th day of December, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge